UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18 -cv-80810-WPD

H.C., *et al.,*

    Plaintiffs,

v.

RIC BRADSHAW, *et al.,*

    Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

THIS CAUSE is before the Court upon Plaintiffs' Motion for Class Certification [DE 7], filed on June 21, 2018. The Court has considered the Motion and the record, and is otherwise fully advised in the premises.

In the instant Motion, Plaintiffs acknowledge that this case is still in its infancy, having just been filed today, and requests that the Court allow them to amend their motion with the benefit of discovery. However, the early practicable time contemplated by Federal Rule of Civil Procedure 23(c)(1)(A) does not contemplate such a motion being filed before there is insufficient information in the record for the Court to make a proper determination of whether to certify the action as a class action.

Nonetheless, all parties in this action are on notice that Plaintiffs want to certify this matter as a class action. The Court is denying Plaintiffs' Motion for Class Certification as premature on procedural grounds only; it makes no conclusions regarding the substance of the Motion.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Class Certification [DE 7] is **DENIED WITHOUT PREJUDICE** as premature.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of June, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record