UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO.: 9:18-cv-80810-WPD-DIMITROULEAS/MATTHEWMAN

H.C., a minor, by and through his parent and natural guardian, Jenny C.; M.F., a minor, by and through his parent and natural guardian, Asisa Rolle; T.M., by and through his parent and natural guardian, Jessica Joiner, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

RIC BRADSHAW, Palm Beach County Sheriff, in his individual and official capacity; MICHAEL GAUGER, Chief Deputy of the Palm Beach County Sheriff's Office, in his individual capacity; ALFONSO STARLING, Corrections Operation Major for the Palm Beach County Sheriff's Office, in his individual capacity; FRANK MILO, Corrections Security Major for the Palm Beach County Sheriff's Office, in his individual capacity; SCHOOL BOARD OF PALM BEACH COUNTY,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Undersigned counsel, J. Erik Bell, Esq., hereby submit his Notice of Appearance on behalf of the Defendant, SCHOOL BOARD OF PALM BEACH COUNTY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2018, the foregoing document was electronically

filed via CM/ECF and served by e-mail on all counsel or parties of record on the Service List below.

                THE SCHOOL BOARD OF PALM
                BEACH COUNTY, FLORIDA
                JulieAnn Rico, Esq., General Counsel
                3320 Forest Hill Blvd, C-331
                West Palm Beach, FL  33416-9239
                Telephone:  561-434-8750
                Facsimile:  561-434-8105

By: ___/s/   J. Erik Bell_____
    JON ERIK BELL, ESQ.
    Fla. Bar. No. 328900
    jon.bell@palmbeachschools.org
    joanne.laudicina@palmbeachschools.org
    tish.pickens@palmbeachschools.org

## **SERVICE LIST**

Theodore J. Leopold, Esq.
Diana L. Martin, Esq.
*Co-Counsel for Plaintiffs*
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
tleopold@cohenmilstein.com
dmartin@cohenmilstein.com

Sabarish P. Neelakanta, Esq.
*Human Rights Defense Center*
1028 N. Federal Highway
Lake Worth, Florida 33460
sneelakanta@hrdc-law.org

Melissa Duncan, Esq.
*Co-Counsel for Plaintiffs*
Legal Aid Society of Palm Beach County, Inc.
Education Advocacy Project
423 Fern Street, Suite 200
West Palm Beach, Florida 33401
mduncan@legalaidpbc.org

Richard A. Giuffreda, Esq.
*Counsel for Defendants Bradshaw, Gauger, Starling and Milo*
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 E. Sunrise Blvd., Suite 1216
Fort Lauderdale, FL 33304
richard@purdylaw.com