UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:18-cv-80810-WPD-DIMITROULEAS/MATTHEWMAN

H.C., a minor, by and through his parent and natural guardian, Jenny C.; M.F., a minor, by and through his parent and natural guardian, Asisa Rolle; T.M., by and through his parent and natural guardian, Jessica Joiner, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

RIC BRADSHAW, Palm Beach County Sheriff, in his individual and official capacity; MICHAEL GAUGER, Chief Deputy of the Palm Beach County Sheriff's Office, in his individual capacity; ALFONSO STARLING, Corrections Operation Major for the Palm Beach County Sheriff's Office, in his individual capacity; FRANK MILO, Corrections Security Major for the Palm Beach County Sheriff's Office, in his individual capacity; SCHOOL BOARD OF PALM BEACH COUNTY.

Defendants.

## NOTICE OF APPEARANCE

Please take notice that Masimba M. Mutamba of the Human Rights Defense Center appears in the above-entitled action on behalf of Plaintiffs, and requests that all further papers and pleadings be served at the address below stated.

Dated July 23, 2018

    /s/ *Masimba Mutamba*

———————————————————
Masimba M. Mutamba, FL Bar #102772
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Telephone: (561) 360–2523
Facsimile: (866) 735-7136
E-mail: mmutamba@hrdc-law.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record who are registered as such on the CM/ECF system.

Dated July 23, 2018

/s/ *Masimba Mutamba*

Masimba M. Mutamba