UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 18-cv-80810 – Dimitrouleas/Matthewman

H.C., a minor, by and through his parent and natural
guardian, Jenny C. *et al*.,

Plaintiffs,

v.

RIC BRADSHAW, Palm Beach County Sheriff, in his
official capacity, *et al*.

Defendants.

## JOINT NOTICE OF CONSENT TO COURT INSPECTION

Plaintiffs, H.C. a minor, by and through his parent and natural guardian, Jenny C. *et al*., and Defendants, Ric Bradshaw, Palm Beach County Sheriff in his official capacity, and the School Board of Palm Beach County (collectively, "Defendants"), hereby file this Joint Notice of Consent to Court Inspection pursuant to the Court's Order Setting Evidentiary Hearing entered on July 16, 2018.

The parties jointly consent to the Court viewing the Main Detention Center of the Palm Beach County jail located in West Palm Beach, Florida, the correctional facility at issue, prior to ruling on Plaintiffs' Motion for Preliminary Injunction so as to assist in the Court's review.

Respectfully submitted this 4th day of September, 2018.

| **Theodore Jon Leopold** | **Richard A. Giuffreda** |
|---|---|
| Cohen Milstein Sellers & Toll, PLLC | Purdy Jolly Giuffreda & Barranco PA |
| 2925 PGA Boulevard | 2455 E Sunrise Boulevard |
| Suite 200 | Suite 1216 |
| Palm Beach Gardens, FL 33410 | Fort Lauderdale, FL 33304 |
| 561-515-1400 | 954-462-3200 |
| Fax: 561-515-1401 | Fax: 462-3861 |
| Email: tleopold@cohenmilstein.com | Email: richard@purdylaw.com |
| *Attorney for Plaintiffs, H.C. et al.* | *Attorney for Defendant, Palm Beach Sheriff's Office* |

| | |
|---|---|
| **Diana Leigh Martin**<br>Cohen, Milstein, Sellers & Toll, PLLC<br>2925 PGA Blvd.<br>Suite 200<br>Palm Beach Gardens, FL 33410<br>561-515-1400<br>Fax: 561-515-1401<br>Email: dmartin@cohenmilstein.com<br><br>*Attorney for Plaintiffs, H.C. et al.* | **Jon Erik Bell**<br>School District of Palm Beach County<br>3300 Forest Hill Blvd Rm C-323<br>West Palm Beach, FL 33406<br>(561) 434-8500<br>Fax: (561) 434-8105<br>Email: jon.bell@palmbeachschools.org<br><br>*Attorney for School District of Palm Beach County* |
| **Sabarish P Neelakanta**<br>Human Rights Defense Center<br>P.O. Box 1151<br>Lake Worth, FL 33460<br>561-360-2523<br>Fax: 866-735-7136<br>Email: sneelakanta@hrdc-law.org<br><br>*Attorney for Plaintiffs, H.C. et al.* | **Laura Esterman Pincus**<br>3318 Forest Hill Blvd., Suite C-331<br>West Palm Beach, FL 33406<br>561-434-8748<br>Fax: 434-8105<br>Email: laura.pincus@palmbeachschools.org<br><br>*Attorney for School District of Palm Beach County* |
| **Melissa Marie Duncan**<br>Legal Aid Society of Palm Beach County<br>423 Fern Street<br>Suite 200<br>West Palm Beach, FL 33401<br>561-655-8944<br>Fax: 655-5269<br>Email: mduncan@legalaidpbc.org<br><br>*Attorney for Plaintiffs, H.C. et al.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record who are registered as such on the CM/ECF system.

    Dated: September 6, 2018

    */s/ Sabarish Neelakanta*
    Sabarish Neelakanta

2