UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 18-cv-80810-Matthewman

H.C., *et al.*,

    Plaintiffs,

vs.

RIC BRADSHAW, *et al.*,

    Defendants.

_____/



## JUDGMENT ON ATTORNEYS' FEES AND COSTS

THIS CAUSE is before the Court upon Plaintiffs', H.C., a minor, by and through his parent and natural guardian, Jenny C.; M.F., a minor, by and through his parent and natural guardian, Asisa Rolle; and T.M., by and through his parent and natural guardian, Jessica Joiner, Verified Motion for Attorneys' Fees and Costs [DE 87]. It is hereby **ORDERED AND ADJUDGED** that

Judgment is entered in favor of Plaintiffs H.C., a minor, by and through his parent and natural guardian, Jenny C.; M.F., a minor, by and through his parent and natural guardian, Asisa Rolle; and T.M., by and through his parent and natural guardian, Jessica Joiner, and against Defendants Ric Bradshaw, Palm Beach County Sheriff, in his official capacity, and School Board of Palm Beach County, for attorneys' fees in the amount of $390,959.00 and costs in the amount of $29,724.53, for a total award of $420,683.53. This award shall accrue post-judgment interest[1] at the rate of 1.59%, for which let execution issue.

---

[1] The federal interest statute, 28 U.S.C. § 1961, governs the award of post-judgment interest in this case. 28 U.S.C.A. § 1961(a) provides that "[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court. . . . Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." That rate is 1.59%.

1

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of October, 2019.

WILLIAM MATTHEWMAN
United States Magistrate Judge